# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ENTES INDUSTRIAL PLANTS,  :
CONSTRUCTION AND ERECTION :
CONTRACTING CO. INC.,   :
  Petitioner,      :  Civil Action No.: 18-2228 (RC)
           :
  v.         :  Re Documents Nos.: 1, 19
           :
THE KYRGYZ REPUBLIC and THE, :
MINISTRY OF TRANSPORT AND :
COMMUNICATIONS OF THE KYRGYZ :
REPUBLIC       :
  Respondent.     :

## ORDER

**DENYING RESPONDENTS' MOTION TO DISMISS THE PETITION TO CONFIRM FOREIGN ARBITRATION AWARD FOR *FORUM NON CONVENIENS*; CONFIRMING THE PETITION AS TO THE MINISTRY OF TRANSPORT AND COMMUNICATIONS OF THE KYRGYZ REPUBLIC; AND ORDERING SUPPLEMENTAL BRIEFING**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Petitioner's Petition to Confirm and Enforce Arbitral Award (ECF No. 1) is **GRANTED IN PART** and the Respondents' Motion to Dismiss (ECF No. 19) is **DENIED**. It is hereby:

**ORDERED** that the Petition is **GRANTED** as to the Ministry of Transport and Communications of the Kyrgyz Republic; and it is

**FURTHER ORDERED** that the parties shall file supplemental briefs with the Court on or before November 16, 2019, as described in the Memorandum Opinion.

**SO ORDERED**.

Dated: October 17, 2019       RUDOLPH CONTRERAS
              United States District Judge